IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VANESSA CASTRO, et. al., | CASE NO. 5:11-cv-03504 EJD |
| Plaintiff(s), | **ORDER REFERRING ACTION TO ADR PROCESS** |
| v. | |
| EMERITUS CORPORATION, et. al., | |
| Defendant(s). | |

Having reviewed the parties Joint Case Management Statement (see Docket Item No. 26), the above-entitled action is hereby referred to the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☒ Mediation (ADR L.R. 6)

☐ Magistrate Judge Settlement Conference (ADR L.R. 7)

**Private Process:**

☐ Private ADR

The ADR session shall be completed by:

☒ The presumptive deadline
*The deadline is 90 days from the date of this order*

☐ Other deadline:

**IT IS SO ORDERED.**

Dated: March 27, 2012

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:11-cv-03504 EJD
ORDER REFERRING ACTION TO ADR PROCESS