IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VANESSA CASTRO, et. al., | CASE NO. 5:11-cv-03504 EJD |
| Plaintiff(s), | **ORDER DIRECTING CLERK TO REASSIGN CASE TO MAGISTRATE JUDGE** |
| v. | |
| EMERITUS CORPORATION, et. al., | |
| Defendant(s). | |

As the parties have consented pursuant to Civil Local Rule 73-1(b) (see Docket Item No. 26), the clerk is directed to reassign this matter to a Magistrate Judge for further proceedings.

The Case Management Conference scheduled before this court for March 30, 2012, is VACATED.

**IT IS SO ORDERED.**

Dated: March 27, 2012

EDWARD J. DAVILA
United States District Judge