JOANNA L. BROOKS (SBN 182986)
MARK S. ASKANAS (SBN 122745)
DYLAN B. CARP (SBN 196846)
DAVID T. WANG (SBN 275015)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: 415.394.9400
Facsimile: 415.394.9401
Email: brooksj@jacksonlewis.com
askanasm@jacksonlewis.com
carpd@jacksonlewis.com
david.wang@jacksonlewis.com

Attorneys for Defendants
EMERITUS CORPORATION and
SUMMERVILLE AT HARDEN RANCH,
LLC dba EMERITUS AT HARDEN RANCH

CHARLES SWANSTON (SBN 181882)
B. JAMES FITZPATRICK (SBN 129056)
FITZPATRICK, SPINI & SWANSTON
838 South Main Street, Suite E
Salinas, CA 93901
Telephone: 831.755.1311
Facsimile: 831.755.1319
E-mail: cswanston@fandslegal.com

Attorneys for Plaintiffs
VANESSA CASTRO and VERONICA FLORES

**FILED**

APR 22 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN THE UNITED STATES DISTRICT COURT OF THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VANESSA CASTRO and VERONICA FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>EMERITUS CORPORATION;<br>SUMMERVILLE AT HARDEN RANCH, LLC doing business as EMERITUS AT HARDEN RANCH; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: CV-11-03504 HRL<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL<br><br>(RE: DOCKET No. 51) |

IT IS HEREBY STIPULATED by and between the parties to this action by and through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41 (a)(1)(A)(ii), with each party to bear its own attorney fees and costs.

Upon final approval of the settlement in state court, the parties will submit in federal court a stipulation to dismiss this action with prejudice. The state court will retain jurisdiction with respect to all matters related to the administration and consummation of the Settlement, and any and all claims, asserted in, arising out of, or related to the subject matter of the Action, including but not limited to all matters related to the Settlement and the determination of all controversies relating thereto.

FOR Plaintiffs VANESSA CASTRO
and VERONICA FLORES

Dated: February 13, 2013
    March

FITZPATRICK, SPINI & SWANSTON

By: _____
CHARLES SWANSTON
Attorney for Plaintiffs,
VANESSA CASTRO and
VERONICA FLORES

FOR Defendants EMERITUS CORPORATION
AND SUMMERVILLE AT HARDEN RANCH, LLC
doing business as EMERITUS AT HARDEN RANCH

Dated: February 13, 2013
    March

LAW OFFICES OF JACKSON LEWIS, LLP

By: _____
JOANNA L. BROOKS
Attorney for Defendants,
EMERITUS CORPORATION; SUMMERVILLE AT
HARDEN RANCH, LLC doing business as
EMERITUS AT HARDEN RANCH

## ORDER

Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed without prejudice with each party to bear its own attorney fees and costs.

Dated: 4/22/13

_____  
MAGISTRATE JUDGE OF THE DISTRICT COURT

4843-4025-1410, v. 1

3

Castro v. Emeritus  
Case No. C-11-03504 HRL

Stipulation and Order of Voluntary Dismissal